IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOLLY M, GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07-CV-977-SRW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Plaintiff, by and through her attorney, Micki Beth Stiller, and moves the Court for a thirty (30) day extension of time, from March 14, 2008, in which to prepare the Federal Court brief. This would make the new deadline April 14, 2008.

1.  Due to unforseen circumstances, ie: deadlines with briefs and numerous hearings;

2.  Counsel has conferred with the U.S. Attorney's office who have no objections to this Motion for an Extension of Time.


Dated this 5th of March 2008.


# MOTION GRANTED

THIS 6TH DAY OF March, 2008

_____
UNITED STATES MAGISTRATE JUDGE