IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MOLLY GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:07-CV-977 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through her attorney, Micki Beth Stiller, and moves the Court for a thirty (30) day extension of time, from April 14, 2008, in which to prepare the Federal Court brief. This would make the new deadline May 14, 2008.

1. Due to unforseen circumstances, ie: deadlines with briefs and numerous hearings.

2. Counsel has conferred with the U.S. Attorney's office who have no objections to this Motion for an Extension of Time.

Dated this 1st day of April, 2008.

Respectfully submitted,

s/ Micki Beth Stiller
MICKI BETH STILLER(STI008)
Attorney for Plaintiff
Post Office Box 1071
Montgomery, AL 36101
(334) 834-5544
Facsimile: (334) 264-3587
E-mail: mbstiller@mbstiller.com

**MOTION GRANTED**

THIS 3rd DAY OF April, 20 08

UNITED STATES MAGISTRATE JUDGE