IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOLLY GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07-CV-977 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, by and through her attorney, Micki Beth Stiller, and moves the Court for a ten (10) day extension of time, from May 14, 2008, in which to prepare the Federal Court brief. This would make the new deadline May 23, 2008.

1. Due to unforseen circumstances, ie: deadlines with briefs and numerous hearings.

2. Counsel has conferred with the U.S. Attorney's office who have no objections to this Motion for an Extension of Time.

Dated this 5th day of May, 2008.

Respectfully submitted,

s/ Micki Beth Stiller
MICKI BETH STILLER(STI008)
Attorney for Plaintiff
Post Office Box 1071
Montgomery, AL 36101
(334) 834-5544
Facsimile: (334) 264-3587
E-mail: mbstiller@mbstiller.com

**MOTION GRANTED**

THIS 6th DAY OF May, 2008

UNITED STATES MAGISTRATE JUDGE